# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CRISTOBAL FRANCISCO-NICOLAS and AMY FRANCISCO, <br><br> Defendants. | No. 19-MJ-232-KEM <br><br> **ORDER SEALING COMPLAINT** |

Assistant United States Attorney Tim Duax made an oral motion to seal the criminal complaint issued in this case. I find good cause exits to seal the complaint until the time either or both Defendants are arrested.

IT IS ORDERED the Complaint in this matter shall be **sealed** until the arrest of either Defendant.

**IT IS SO ORDERED** this 28th day of June, 2019.

_____
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa